IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHANNEN DION MILLER, | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 21-00129-B |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security, | * |
| Defendant. | * |

### JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **AFFIRMED.**

**DONE** this **28th** day of **September, 2022.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**